ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Honu'apo I, LLC | ) ASBCA No. 62157 |
| | ) |
| Under Contract No. N40080-15-D-0163 | ) |

APPEARANCES FOR THE APPELLANT:     Thomas R. Olson, Esq.
Rielly Lund, Esq.
Olson Construction Law, P.C.
Lakeville, MN

Patrick S. Hendrickson, Esq.
Hendrickson Law Firm
South Jordan, UT

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Matthew S. Hawkins, Esq.
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 25, 2021

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62157, Appeal of Honu'apo I, LLC, rendered in conformance with the Board's Charter.

Dated:  January 26, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals